**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

MARIE VALENTIN ROLDAN,

        Plaintiff,

    v.

FRANK BISIGNANO,

        Defendant.

CIVIL ACTION NO. 1:25-CV-01449

(MEHALCHICK, J.)

## ORDER

Presently before the Court is a report and recommendation filed by Chief Magistrate Judge Daryl F. Bloom recommending that the decision of the Commissioner of Social Security (hereinafter, "the Commissioner") denying Plaintiff Marie Valentin Roldan's claims for disability insurance benefits under Titles II and XVI of the Social Security Act be vacated and remanded. (Doc. 15). Judge Bloom informed the parties that they had fourteen days to file a timely objection to the report. (Doc. 15, at 31). No party filed a timely objection. Having reviewed the reasoning of the report and relevant law, the Court will **ADOPT** it in its entirety. (Doc. 15).

"A district court may 'designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition' of certain matters pending before the court." *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011) (quoting 28 U.S.C. § 636(b)(1)(B)). Within fourteen days of being served a report and recommendation, "any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1). When a party timely files objections, the district court is to conduct a *de novo* review of the challenged portions of the Magistrate Judge's findings unless the objection

is "not timely or not specific." *Goney v. Clark,* 749 F.2d 5, 6–7 (3d Cir.1984); 28 U.S.C. § 636(b)(1). The Court may then "accept, reject, or modify, in whole or in part, the findings and recommendations." 28 U.S.C. § 636(b)(1). "Although the standard is *de novo*, the extent of review is committed to the sound discretion of the district judge, and the court may rely on the recommendations of the magistrate judge to the extent it deems proper." *Rahman v. Gartley*, No. CV 3:23-363, 2024 WL 555894, at *1 (M.D. Pa. Feb. 12, 2024) (citing *United v. Raddatz*, 447 U.S. 667, 676 (1980)).

The Court agrees with the report's sound reasoning and discerns no error of law. Accordingly, **IT IS HEREBY ORDERED THAT** Judge Bloom's report (Doc. 15) is **ADOPTED IN ITS ENTIRETY** as the opinion of the Court. The decision of the Commissioner is **VACATED,** and this matter is **REMANDED** to the Commissioner to fully develop the record, conduct a new administrative hearing, and appropriately evaluate the evidence. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**Dated: May 29, 2026**                    *s/ Karoline Mehalchick*
                                           **KAROLINE MEHALCHICK**
                                           **United States District Judge**